```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
KAREEM NISBETT, *Individually and on behalf of all other*                :
*persons similarly situated*,                                            :
                                                                         :
                                        Plaintiff,                       :    1:22-cv-495-GHW
                                                                         :
                        -against-                                        :         ORDER
                                                                         :
MIKA JAYMES, INC. D/B/A MIKA JAYMES,                                     :
                                                                         :
                                        Defendant.                       :
                                                                         :
------------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2022

GREGORY H. WOODS, District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than May 4, 2022. Dkt. No. 5. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than May 9, 2022.

SO ORDERED.

Dated: May 5, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge